BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: PROCTOR AND GAMBLE FOREST PRODUCTS MARKETING LITIGATION | MDL No. _____ |

## SCHEDULE OF ACTIONS

| Ex. # | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiffs:**<br>Adam Alzaidi<br>Dwight Chornomud<br>Melissa Ceuvas<br><br>**Defendant:**<br>Procter & Gamble Company | N.D. California (San Francisco) | 4:25-cv-04519 | Hon. Maxine M. Chesney |
| 2 | **Plaintiffs:**<br>Patricia Dean<br>Carole Grant<br>LaTronya Williams<br><br>**Defendant:**<br>Procter & Gamble Company | N.D. Illinois (Chicago) | 1:25-cv-05977 | Hon. Lindsay C. Jenkins |
| 3 | **Plaintiffs:**<br>Pamela A. Giarrizzo<br>Cynthia Meuse<br><br>**Defendant:**<br>Procter & Gamble Company | D. Massachusetts (Boston) | 1:25-cv-11524 | Hon. Leo T. Sorokin |
| 4 | **Plaintiff:**<br>Catherine DuPont<br><br>**Defendant:**<br>Procter & Gamble Company | D. Minnesota (Minneapolis) | 0:25-cv-02260 | Hon. Eric C. Tostrud |
| 5 | **Plaintiffs:**<br>Teretta Willis<br>Sharon Beck | S.D. New York (Manhattan) | 1:25-cv-04461 | Unassigned |

2

| Ex. # | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
|  | **Defendant:**<br>Procter & Gamble Company |  |  |  |
| 6 | **Plaintiff:**<br>Breanne Maggio<br><br>**Defendants:**<br>The Procter & Gamble Company<br>Rainforest Alliance, Inc. | S.D. New York (Manhattan) | 1:25-cv-02667 | Hon. John P. Cronan |
| 7 | **Plaintiffs:**<br>Melissa Lowry<br>Adam Alzaldi<br>Dwight Chornomud<br>Melisssa Cuevas<br>Pamela Giarrizzo<br>Carole Grant<br>Cynthia Meuse<br>LaTronya Williams<br>Lisa Kopecki<br>Michael Dunn<br>Patricia Dean<br>Catherine DuPont<br>Teretta Willis<br>Sharon Beck<br>Dawn van der Steeg<br>Kelly Rivers<br>Ernest Easter<br>Jubin Kwon<br>Angela Bryant<br>Gia Pascarelli<br>Shannon Weisman<br>Stuart Bergman<br>Brian Hymas<br>Trisha Nadeau<br><br>**Defendants:**<br>Procter & Gamble Company<br>Procter & Gamble Distributing, LLC | W.D. Washington (Seattle) | 2:25-cv-00108 | Hon. John H. Chun |