## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: PROCTER & GAMBLE COMPANY "PROTECT, GROW AND RESTORE" MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3157 |

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Presentation or Waiver of Oral Argument* and this *Proof of Service* was electronically filed with the Court using the Court's CM/ECF system and served on July 7, 2025, as indicated, to the following:

| *Adam Alzaidi, et al. v. Procter & Gamble Co.* <br> N.D. California, No. 4:25-cv-04519-MMC <br> **VIA U.S. MAIL** | |
|---|---|
| Ben M. Harrington <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 715 Hearst Avenue, Suite 300 <br> Berkeley, CA 94710 <br> Telephone: (510) 725-3000 <br> benh@hbsslaw.com <br><br> Catherine N.Y. Gannon <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> catherineg@hbsslaw.com <br><br> **Counsel for Plaintiffs: Adam Alzaidi, Dwight Chornomud, and Melissa Ceuvas** | The Procter & Gamble Company <br> c/o CT Corporation System <br> 4400 East Commons Way, #125 <br> Columbus, OH 43219 |

| *Patricia Dean, et al. v. Procter & Gamble Co.*<br>N.D. Illinois, No. 1:25-cv-05977-LCJ ||
|---|---|
| **VIA E-MAIL** ||
| Daniel J. Kurowski<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>455 North Cityfront Plaza, Suite 2410<br>Chicago, IL 60611<br>Telephone: (708) 628-4949<br>dank@hbsslaw.com<br><br>Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>steve@hbsslaw.com<br><br>**Counsel for Plaintiffs: Patricia Dean, Carole Grant, and LaTronya Williams** | David Lender<br>David R. Singh<br>Aaron J. Curtis<br>Elaina K. Aquila<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue, Suite Concourse<br>New York, NY 10153<br>Telephone: (212) 310-8153<br>david.lender@weil.com<br>david.singh@weil.com<br>aaron.curtis@weil.com<br>elaina.aquila@weil.com<br><br>**Counsel for Defendant: Procter & Gamble Company** |

| *Pamela A. Giarrizzo, et al. v. Procter & Gamble Co.*<br>D. Massachusetts, No. 1:25-cv-11524-LTS ||
|---|---|
| **VIA E-MAIL** ||
| Abbye Klamann Ognibene<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>One Faneuil Square Hall, 5th Floor<br>Boston, MA 02109<br>abbyeo@hbsslaw.com<br><br>**Counsel for Plaintiffs: Pamela A. Giarrizzo and Cynthia Meuse** | David Lender<br>David R. Singh<br>Aaron J. Curtis<br>Elaina K. Aquila<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue, Suite Concourse<br>New York, NY 10153<br>Telephone: (212) 310-8153<br>david.lender@weil.com<br>david.singh@weil.com<br>aaron.curtis@weil.com<br>elaina.aquila@weil.com<br><br>Rebecca J. Sivitz<br>WEIL, GOTSHAL & MANGES LLP<br>100 Federal Street, 34th Floor<br>Boston, MA 02110<br>Telephone: (617) 772-8300<br>Rebecca.sivitz@weil.com<br><br>**Counsel for Defendant: Procter & Gamble Company** |

Case MDL No. 3157   Document 24-1   Filed 07/07/25   Page 3 of 5

| | |
|---|---|
| <div align="center">*Catherine DuPont v. Procter & Gamble Co., et al.*<br>D. Minnesota, No. 0:25-cv-02260-ECT-DLM</div> | |
| <div align="center">**VIA E-MAIL**</div> | |
| Rebecca A. Peterson<br>Krista Freier<br>Catherine Peterson<br>GEORGE FELDMAN MCDONALD, PLLC<br>1650 W. 82nd Street, Suite 880<br>Bloomington, MN 55431<br>Telephone: (612) 778-9595<br>RPeterson@4-Justice.com<br>kfreier@4-Justice.com<br>cpeterson@4-Justice.com<br><br>**Counsel for Plaintiffs: Catherine DuPont** | David Lender<br>David R. Singh<br>Aaron J. Curtis<br>Elaina K. Aquila<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue, Suite Concourse<br>New York, NY 10153<br>Telephone: (212) 310-8153<br>david.lender@weil.com<br>david.singh@weil.com<br>aaron.curtis@weil.com<br>elaina.aquila@weil.com<br><br>**Counsel for Defendant: Procter & Gamble Company** |
| <div align="center">*Teretta Willis, et al. v. Procter & Gamble Co.*<br>S.D. New York, No. 1:25-cv-04461-UA</div> | |
| <div align="center">**VIA E-MAIL**</div> | |
| Nathaniel A. Tarnor<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>594 Dean Street, Suite 24<br>Brooklyn, NY 11238<br>Telephone: (212) 420+2122<br>nathant@hbsslaw.com<br><br>Steve W. Berman<br>Catherine N.Y. Gannon<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>steve@hbsslaw.com<br>catherineg@hbsslaw.com<br><br>**Counsel for Plaintiffs: Teretta Willis and Sharon Beck** | David Lender<br>David R. Singh<br>Aaron J. Curtis<br>Elaina K. Aquila<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue, Suite Concourse<br>New York, NY 10153<br>Telephone: (212) 310-8153<br>david.lender@weil.com<br>david.singh@weil.com<br>aaron.curtis@weil.com<br>elaina.aquila@weil.com<br><br>**Counsel for Defendant: Procter & Gamble Company** |

-3-

| | |
|---|---|
| <div align="center">*Breanne Maggio v. Procter & Gamble Company, et al.*<br>S.D.N.Y. New York, No. 1:25-cv-02667-JPC<br><u>**VIA E-MAIL**</u></div> ||
| Jennifer K. Church<br>Kim E. Richman<br>RICHMAN LAW & POLICY<br>1 Bridge Street, Suite 83<br>Irvington, NY 10533<br>Telephone: (914) 693-2018<br>jchurch@richmanlawpolicy.com<br>krichman@richmanlawpolicy.com<br><br>**Plaintiff: Breanne Maggio** | David Lender<br>David R. Singh<br>Aaron J. Curtis<br>Elaina K. Aquila<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue, Suite Concourse<br>New York, NY 10153<br>Telephone: (212) 310-8153<br>david.lender@weil.com<br>david.singh@weil.com<br>aaron.curtis@weil.com<br>elaina.aquila@weil.com<br><br>**Counsel for Defendant: Procter & Gamble Company**<br><br>Christopher T. Vazquez<br>KATTEN MUCHIN ROSEMAN LLP<br>50 Rockefeller Plaza<br>New York, NY 10020-1605<br>Telephone: (212) 940-6608<br>christopher.vazquez@katten.com<br><br>Christopher A Cole, I<br>KATTEN MUCHIN ROSENMAN LLP<br>2900 K Street, NW<br>North Tower - Suite 200<br>Washington, DC 20007-5118<br>Telephone: (202) 625-3550<br>chris.cole@katten.com<br><br>Johnjerica Hodge<br>KATTEN MUCHIN ROSENMAN LLP<br>1919 Pennsylvania Avenue NW<br>Suite 800<br>Washington, DC 20006-3404<br>Telephone: (202) 625-3710<br>johnjerica.hodge@katten.com<br><br>**Counsel for Defendant: Rainforest Alliance, Inc.** |

| *Melissa Lowry, et al. v. Procter & Gamble Co., et al.*<br>W.D. Washington, No. 1:25-cv-00108-JHC<br><br>**VIA E-MAIL** ||
|---|---|
| Steve W. Berman<br>Catherine N.Y. Gannon<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>steve@hbsslaw.com<br>catherineg@hbsslaw.com<br><br>Rebecca A. Peterson<br>GEORGE FELDMAN MCDONALD, PLLC<br>1650 W. 82nd Street, Suite 880<br>Bloomington, MN 55431<br>Telephone: (612) 778-9595<br>RPeterson@4-Justice.com<br><br>**Counsel for Plaintiffs: Melissa Lowry, Adam Alzaldi, Dwight Chornomud, Melisssa Cuevas, Pamela Giarrizzo, Carole Grant, Cynthia Meuse, LaTronya Williams, Lisa Kopecki, Michael Dunn, Patricia Dean, Catherine DuPont, Teretta Willis, Sharon Beck, Dawn van der Steeg, Kelly Rivers, Ernest Easter, Jubin Kwon, Angela Bryant, Gia Pascarelli, Shannon Weisman, Stuart Bergman, Brian Hymas, and Trisha Nadeau** | David Lender<br>David R. Singh<br>Aaron J. Curtis<br>Elaina K. Aquila<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue, Suite Concourse<br>New York, NY 10153<br>Telephone: (212) 310-8153<br>david.lender@weil.com<br>david.singh@weil.com<br>aaron.curtis@weil.com<br>elaina.aquila@weil.com<br><br>John Goldmark<br>Nicholas Valera<br>DAVIS WRIGHT TREMAINE<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: (206) 757-8068<br>johngoldmark@dwt.com<br>nickvalera@dwt.com<br><br>**Counsel for Defendant: Procter & Gamble Company** |

        */s/ Steve W. Berman*
        Steve W. Berman

        *Attorney for Plaintiffs* Melissa Lowry, Michael Dunn, and Lisa Kopecki in *Lowry, et al. v. Procter & Gamble Co., et al.*, Case No. 2:25-cv-00108-JHC (W.D. Wash.)